UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NAUTILUS INSURANCE
COMPANY,

      Plaintiff,

      v.                           Case No.:  6:24-cv-00404-ACC-LHP

LB ENTERTAINMENT, LLC,
JAIRAJ CHUGH, AS P.R. FOR THE
ESTATE OF KAVIKA CHUGH; AND
BETTY CHUGH,

      Defendants,

_____/

**ORDER**

This cause is before the Court on Plaintiff Nautilus Insurance Company's Renewed Motion for Final Default Judgment Against Defendant LB Entertainment, LLC d/b/a Pinups of Palm Bay ("LB Entertainment"). (Doc. 78). Magistrate Judge Hoffman Price has submitted a Report and Recommendation (Doc. 81) recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation issued May 21, 2026 (Doc. 81), is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff Nautilus Insurance Company's Renewed Motion for Final Default Judgment Against Defendant LB Entertainment, LLC d/b/a Pinups of Palm Bay (Doc. 78) is **GRANTED**, as outlined in the Report and Recommendation (Doc. 81).

3. The Clerk is **DIRECTED** to enter a default final judgment in favor of Nautilus and against LB Entertainment, finding that the surplus lines insurance policy, bearing Policy Number NN941271, and effective from June 1, 2018 through June 1, 2019, does not provide coverage for any of the claims or damages in the Underlying Action due to the Absolute Auto Exclusion and Total Liquor Liability Exclusion, and also finding that the *Coblentz* agreement is unenforceable.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 8, 2026.

/s/ Anne C. Conway_____
Anne C. Conway
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented parties